FILED - USDC -NH
2021 AUG 27 PM 1:31

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
Denise Peterson
```
Plaintiff(s)

v.

```
Dept of Defense
```
Defendant(s)

COMPLAINT

## Parties to this Complaint

Plaintiff(s)'s Name, Address and Phone Number

Denise Peterson
103 Blueberry lane apt 53    603-832-3643
Laconia, NH 03246

Defendant(s)'s Name, Address and Phone Number

Dept of Defense - Delaware

**Jurisdiction and Venue:**

(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

(Law of 1964) Protecting Citizens with Disabilities Federal law-) which prohibits attacking people with Disabilities This involves Targeting us Via microchip Since 2012, Started in Wareham, MA over Childs disability (Dylan Peterson) Wareham Middle School where an advocate from Boston placed him in private school in Middleboro MA. The Selectman in Town of Wareham got a fine from Dept of Education where they were wrong in the Handling of Childs Disability. They then Had this Dana Gage to Microchip Mother, Child in Wareham in 2012. Then father Robert Peterson HAD Surgery in 2017 in Boston Hospital were they inserted microchip in his ear. We lived in Palmer Mass before moving To Laconia, and in Palmer MA they had Contractor of underground Utilities living 20 feet from our House, where He was watching us on Close Captioned TV

**Statement of Claim:**

(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

USIC is Company that moved to Laconia Same day we did Nov 16, 2020 and Saw them at the lights at 6AM next morning. Peter James lives at 3 Maple Terrace Three Rivers, MA who has been listening on Auxillary mode of microchip. I have pictures on phone of his Cars in laconia with Texas plates. Palmer MA Emergency Management is also Involved and sends emergency alerts over my battery operated Radio. I have alerted the Govenor Sununu and Attorney General and Both state Senators, as well as the Attorney General in Massachusetts. Gangstalking us in laconia with this Massachusetts contractor Telling us there going to Make us Retarded and Insane all over My Childs Disability. I have Reported this to Police on Daily basis and Everyone in Town Knows thae attacking us. Emergency Mout Palmer name is William Betrano, I Know they are hooked into our wifi at Home which is ilkgal

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

Law of 1964 - Federal law Prohibiting attacking a family with Disabilities. I would like them to stop attacking us. My child has been attacked since Age 13 has Sensory Issues, Borderline Autism Spectrum. He was crying in pain in His Bedroom so much that my Cat wanted to get in to Console Him. He is scared to leave the House as they have Brainwashed him into his Computer. I have called numerous places to have him Therapy and they have Fooled with my phone so I don't get calls. Contractor with Dept of Defense Communicates via Microchip, with Peter James and Leah Dennehy James. Continue Forcing Computer Program into Brain via online thru Microchip, this all started over my Childs Disability 9 yrs Ago and we want them to stop. I have one Kidney and then Continue with Directed Energy Done that even my Boss has heard at my Job and where I live everyone has heard it.

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 8/27/21

Signature: Denise Peterson