```
          UNITED STATES DISTRICT COURT
            DISTRICT OF NEW HAMPSHIRE
```

<u>Denise Peterson</u>

    v.

                                          Case No. 21-cv-727-SM

<u>US Department of Defense</u>

<u>JUDGMENT</u>

Judgment is hereby entered in accordance with the Order by District Judge Steven J. McAuliffe dated October 19, 2021, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 28, 2021.

                                            By the Court:

                                            /s/ Daniel J. Lynch
                                            Daniel J. Lynch
                                            Clerk of Court

Date: October 19, 2021

cc:   Denise Peterson, pro se